# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0133.  SARA CLAUDIA TILLMAN v. TANNER MEDICAL CENTER, INC. et al.

Sara Claudia Tillman seeks discretionary review of a trial court order denying her motion for an extension of discovery. The denial of Tillman's motion, however, must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) – including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); See *Ivey v. State*, 210 Ga. App. 782 (437 SE2d 810) (1993) (appeal of order overruling special demurrer required compliance with interlocutory appeal procedure). In her application, Tillman states that a certificate of immediate review was issued, but said certificate is not included in her application materials.  Tillman's failure to follow the proper appellate procedures deprives us of jurisdiction over this premature application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*